**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | |
| | : | **NO. 25-57-3** |
| **MD RAFIKUL ISLAM** | : | |

<u>**CONDITIONS OF RELEASE ORDER**</u>

| |
|---|
| **BAIL** |

Defendant is **released on bail** in the amount of: $25,000
      __x__ **O/R**
      _____ **cash**
      _____ **secured by**:
          _____ % cash
          _____ property at:
      _____**Clerk's office requirements are not waived.** Execute an Agreement to
Forfeit the Property stated above with a copy of the deed as indication of ownership.

| |
|---|
| **PRETRIAL SERVICES** |

__x__ Defendant shall report to Pretrial Services:
        __x__ **as directed** by Pretrial Services.
        _____ times per week **in person**.
        _____ times per week **via telephone**.

_____ Defendant shall attend mental health services under the guidance and supervision of Pretrial
        Services.
_____ Defendant shall submit to **random drug testing** as directed by Pretrial Services.
_____ Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or
        other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21
        U.S.C. § 802, without a prescription by a licensed medical practitioner.
_____ Defendant shall undergo **drug/alcohol treatment** if necessary, as determined by Pretrial
        Services.
_____ Defendant shall submit to **electronic monitoring** at the following address:


        _____This Court, based upon evidence that Defendant has adequate financial resources,
finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in
an amount to be specified by Pretrial Services.

        _____ **Curfew.** You are restricted to your residence every day from_____ to _____
, during which electronic monitoring will be in place, or as directed by the pretrial
services office or supervising officer.

_____**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

_____**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

_____**Stand-Alone.** You have no residential component (curfew, home detention, or home incarceration) restrictions. However, you must comply with the location or travel restrictions as imposed by the court. Note: Stand-alone monitoring should be used in conjunction with global positioning system (GPS) or virtual application technology.

**Submit to the following location monitoring technology (check one):**

_____ Location monitoring Technology as directed by the pretrial services supervision officer; or

_____ GPS; or

_____ Radio Frequency; or

_____ Virtual Mobile Application. You must allow the pretrial services officer to conduct initial and periodic inspections of the mobile device and mobile application to verify that 1) the monitoring software is functional, 2) the required configurations (e.g., locational services) are unaltered, and 3) no efforts have been made to alter the mobile application.

| PASSPORT |
|:---:|

___x___ Defendant must surrender his/her passport to the Clerk of Court.
___x___ Defendant must refrain from applying for a passport.

| TRAVEL |
|:---:|

_____ Travel is restricted to the **Eastern District of Pennsylvania**.
___x___ Travel is restricted to: the Continental United States.
_____ Unless prior permission is granted by Pretrial Services.

| FIREARMS |
|:---:|

___x___ Defendant shall surrender and/or refrain from obtaining any firearms.  Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period.  The defendant shall execute a completed Prohibition on Possession of Firearms Agreement. Further, the defendant shall not possess a dangerous weapon or destructive device.

| MISCELLANEOUS |
|---|

___x___ Defendant shall have no contact concerning the case with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.

_____ Defendant must maintain present **employment**.

_____ Defendant must **actively seek** gainful employment.

_____ Defendant shall undergo a **mental competency evaluation**.

___x___ Defendant shall report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement, including arrests, questioning, or traffic stops.

_____ Defendant must reside:

**at**: _____

**with**: _____

| COMPUTERS/INTERNET |
|---|

_____The Defendant is subject to the following computer/internet restrictions which are to be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to ensure compliance with the imposed restrictions.

_____**No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

_____**Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

_____**Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

_____**Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to ensure the equipment is password protected.

_____**Other Restrictions**:

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.

_____

AUSA

                                        DEFENSE ATTORNEY

It is so ORDERED this 25th day of February, 2025.

BY THE COURT:

/s/Elizabeth T. Hey

_____

ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE

Last Revised: 11/24