## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 25-57-3 |
| | : | |
| MD Rafikul Islam | : | |
|    a/k/a "Mohammed Rafikul Islam" | : | |
|    a/k/a "Jibon" | : | |

### <u>DEFENDANT'S SENTENCING MEMORANDUM</u>

**TO THE HONORABLE HARVEY BARTLE III:**

Defendant, MD Rafikul Islam, by and through his undersigned counsel, submits the following Sentencing Memorandum for consideration in advance of his sentencing hearing, as well as letters of support attached as Exhibit A. The Defendant agrees with the Presentence Investigation Report's (herein "PSR") calculations that his total offense level is 8 and his criminal history category is I, which means his sentencing range under the United States Sentencing Guidelines is 0-6 months' imprisonment and a fine of between $2,000 and $20,000.

For the reasons set forth below, Mr. Islam respectfully requests a sentence within the suggested advisory Guidelines range of a period of supervised release, which would be sufficient, but not greater than necessary, to comply with the statutory directives set forth in 18 U.S.C. § 3553(a).

Mr. Islam is not a career criminal; he is simply a man who made a bad decision, and that decision should not define the rest of his life. Allowing Mr. Islam to serve his sentence on supervised release would allow him to continue to take care of his family, while also working to pay back his fine. This, along with a requirement of community service, will be better for not just Mr. Islam, but the justice system and the community as a whole. This sentence will not only

allow Mr. Islam to continue to be a functional, contributing member of society, but it will help maintain the community and his family. Mr. Islam is a peaceful man, and his release will not pose a threat to the community. He is hopeful in looking to move forward from the stigma and the consequences of his conviction.

**BACKGROUND**

**I.    PROCEDURAL HISTORY**

On February 18, 2025, a federal grand jury sitting in the Eastern District of Pennsylvania returned a 33-count indictment against Mr. Islam and his co-defendants, Hasan and Ali. The indictment specifically charged Mr. Islam with one count of conspiracy, in violation of 18 U.S.C. § 371 (Count 1), three counts of providing and aiding and abetting the providing of false information in registering to vote, in violation of 52 U.S.C. § 10307(c) and 18 U.S.C. § 2 (Counts 9, 10, and 13), and three counts of voter registration fraud and aiding and abetting voter registration fraud, in violation of 52 U.S.C. § 20511(2)(A) and 18 U.S.C. § 2 (Counts 25, 26, and 29).

On April 1, 2025, Mr. Islam appeared before the Honorable Harvey Bartle III, United States District Judge for the Eastern District of Pennsylvania, and pleaded guilty to all 9 charges against him, pursuant to a written plea agreement with the government. Sentencing is scheduled for June 18, 2025.

On April 1, 2025, Mr. Islam was also interviewed for his Presentence Report. The Defendant is in agreement with the PSR's guidelines calculations. Under § 3D1.2(d), all the counts are grouped together for guidelines calculations purposes because the offense behavior was ongoing or continuous in nature.

The applicable guideline for violations of 52 U.S.C. § 10307(c) is U.S.S.G. § 2H2.1. The base offense level for Mr. Islam's crimes is 12, pursuant to § 2H2.1(a)(2). There are no specific offense adjustments or adjustments for Mr. Islam's role in the offenses. Mr. Islam is entitled to a two-level downward adjustment to 10, pursuant to § 3E1.1(a), because he has demonstrated acceptance of responsibility for his crimes. Mr. Islam also meets the criteria in § 4C1.1 for two-level reduction as a zero-point offender. Accordingly, Mr. Islam's total offense level is 8.

Mr. Islam has zero criminal history points, so his criminal history category is I making Mr. Islam's imprisonment range 0-6 months under the guidelines, *see* PSR ¶ 84. Mr. Islam's fine range is $2,000 to $20,000. *Id.* ¶ 96.

## II.    MR. ISLAM'S PERSONAL HISTORY AND BACKGROUND

Mr. Islam was born on January 5, 1973, and is currently 52 years old.  He was born in Chuadanga, Bangladesh, and currently lives locally in Delaware County.  He is the oldest of four children born to Mohammad Saber Ali (78) and Sarbia Khatun (70). Mr. Islam's parents have been married for 50 years and currently live in Chuadanga. Both parents have health issues due to their ages. His father has vision impairments, and his mother has mobility issues that require her to walk with a cane. Mr. Islam currently provides financial assistance to them to help with the cost of their medications and food. Mr. Islam remains in contact with his parents, and they communicate by phone once a week.  Mr. Islam's siblings also still reside in Bangladesh and he communicates with them weekly as well.

Mr. Islam was raised by his parents in a working class house hold.  He describes his hometown as a small city in Bangladesh.  In speaking with the PSR Interviewer, he recalled living in a safe, middle-class area and having close relationships with his neighbors and the

community at large. His family lived in the same home throughout his childhood, and he was provided with necessities, including food, clothing, or shelter.

Mr. Islam was brought up in and continues to practice the Islamic religion. His family enjoyed attending mosque and having meals together. MR. Islam reported no significant or traumatic childhood experiences and described his upbringing as "bliss." He got along with his siblings and had a good childhood overall.

When the Mr. Islam was 27 years old, he left Bangladesh and moved to the United States. He entered the United States on a Diversity Immigrant Visa on July 11, 2000. According to records from Immigration and Customs Enforcement, the Mr. Islam became a naturalized United States citizen on July 6, 2006, in Philadelphia.  Upon entering the United States, Mr. Islam lived in an apartment in Brooklyn, New York, for several weeks before moving to Philadelphia. He lived in Philadelphia for two years and then moved to Upper Darby, Pennsylvania, for a period. Since 2010, Mr. Islam and his family have in Millbourne, Upper Darby Township, Pennsylvania.

Mr. Islam is married to Jiaunnahar Laila Chowdhury (53), whom he met while attending college in Bangladesh. He described a great and supportive relationship with his wife. She works part-time at a Dollar Tree store, but the Mr. Islam pays all the household expenses and other bills. Mr. Islam reported that his wife suffers from back pain, requires medication, and frequents the doctor for this aliment. If Mr. Islam lost his job due to incarceration, his wife would be unable to support the family financially.

Together Mr. Islam and his wife share a son, Jahin S. Saqafi (20), who lives at home with the family. Jahin attends Drexel University in Philadelphia and studies cybersecurity. Jahinson recently married Nashita Anan Roja (20), who attends the Pennsylvania State University, specifically the satellite campus in Harrisburg, Pennsylvania, where she also studies

4

cybersecurity. While on break, Mr. Islam's daughter-in-law also resides in the family home.  Mr. Islam reported that his son is worried about the outcome of his case, especially from a financial perspective because his son "would not know how to continue school" if the defendant lost his job.

Before the case sub judice, Mr. Islam had always been a law-abiding citizen and hopes to continue to do so.  He respectfully asks this Court to consider the words and sentiments of all his friends and family when handing down its sentence.

### III.    OFFENSE CONDUCT

In 2021, Millbourne held elections for mayor and other offices. At the time, MD Nurul Hasan was a resident of Millbourne and a member of the Millbourne Borough Council, as were MD Munsur Ali, a/k/a "Mithu" ("Ali") and MD Rafikul Islam, a/k/a "Mohammed Rafikul Islam," a/k/a "Jibon," ("Islam"). Hasan entered the majority party's primary election for mayor and was defeated by a vote count of approximately 138 to 120. Afterward, Hasan decided to run as a write-in candidate for mayor in the general election. Ali and Islam agreed to support Hasan's write-in candidacy.

From May 2021 until February 2025, Hasan conspired with Ali, Islam, and others to attempt to steal the 2021 general election for mayor of Millbourne. To do this, they obtained personal identification of non-Millbourne residents, such as their names, addresses, dates of birth, and driver's license numbers. In total, the defendants falsely registered nearly three dozen non-Millbourne residents as Millbourne voters and cast ballots for them in the 2021 general election for mayor of Millbourne. Their efforts to steal the election were ultimately unsuccessful as Hasan lost the general election by a vote of approximately 165 to 138.

According to the PSR, Islam was an average participant in the conspiracy. While he did not

recruit anyone, he understood the nature of the offense and helped to further the conspiracy. Islam allowed Hasan to use his email addresses to cover up Hasan's actions. Specifically, Islam permitted Hasan to use two of his email addresses when Hasan fraudulently changed the voter registration addresses for six individuals, including Persons H, I, and L, on the PAOVR website. He also permitted Hasan to use his email addresses when requesting mail-in ballots for five non-Millbourne residents.

This specific conduct Islam took responsibility for as he indicated in the PSR that he is truly remorseful for his conduct. He fully and honestly admitted that he knowingly and intentionally permitted his co-defendant, MD Nural Hasan, to use his email address registering non-Millbourne residents as Millbourne voters. He acknowledged that his actions were not an accident or a mistake. Mr. Islam also said that this situation has impacted him and his family significantly, and he has trouble sleeping

## **LEGAL ANAYLSIS**

After the Supreme Court's decision in *Booker*, the Guidelines were effectively advisory rather than mandatory; district courts were required to take the Guidelines into account but were not bound to apply them. 543 U.S. 220 (2005). Accordingly, the Court was reaffirming its *Apprendi* holding that the Constitution requires that any fact (other than a prior conviction) which is necessary to support a sentence exceeding the maximum authorized by the facts established by a plea of guilty or a jury verdict must be admitted by the defendant or proved to a jury beyond a reasonable doubt. *Id.* at 226 (2005). Under *Rita*, there is no presumption that a Guidelines sentence is reasonable. 551 U.S. 338 (2007). Under *Gall*, variances need not be supported by "extraordinary circumstances." 552 U.S. 38 (2007).

Post *Booker*, there is now a 3-step process governing sentencing hearings. First the applicable sentencing guidelines range is calculated, next any departures and requests for variances are ruled upon, and lastly all factors under 18 USC § 3553(a) are considered and a sentence is determined. These factors include: the nature and circumstances of the offense; the history and characteristics of the offender; the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, and provide just punishment for the offense; deterrence – specific and general; the Sentencing Guidelines (and Policy Statements); the need to avoid unwarranted sentencing disparity; and restitution. The sentence may vary from the guidelines and should be reasonable. Any sentence shall be sufficient but not greater than necessary, to comply with the purposes set forth under the statute. *Id.*

As calculated by U.S. Probation Officer, Jerronaka D. Washington, Mr. Islam's Total Offense Level is 8 and he is in Criminal History Category is I, having no prior record. Thus, the corresponding advisory guidelines range are 0-6 month's imprisonment. Since the applicable guideline range is in Zone A of the Sentencing Table, a sentence of imprisonment is not required unless the applicable guideline in Chapter Two expressly requires such a term. USSG §5C1.1(b). Mr. Islam received an adjustment under USSG §4C1.1 (Adjustment for Certain Zero Point Offenders) and his applicable guideline range is in Zone A or B of the Sentencing Table. Therefore, **a sentence other than a sentence of imprisonment**, in accordance with USSG §5C1.1(b) or (c)(3), is generally appropriate. USSG §5C1.1, comment. (n.10).

In regard to supervised release, the Court may impose a term of supervised release of not more than three years per count. 18 U.S.C. § 3583(b)(2). As it relates to Mr. Islam, multiple terms of supervised release shall run concurrently. 18 U.S.C. § 3624(e). Since the offenses are Class D Felonies, the guideline range for a term of supervised release is one year to three years

per count. USSG §5D1.2(a)(2).

In regard to a probationary sentence, Mr. Islam is eligible for not less than one year nor more than five years' probation per count because the offenses are Class D Felonies. 18 U.S.C. § 3561(c)(1). Since the applicable guideline range is in Zone A of the Sentencing Table, a condition requiring a period of community confinement, home detention, or intermittent confinement may be imposed, but is not required. USSG §5B1.1, comment. n.1(a).

As far as the factors, a sentence of supervised release or probation would satisfy the guidelines and polices under §3553(a)(5).  Under § 3553(a)(1) the Court must consider the nature and the circumstances of the offense and the history and characteristics of the defendant. As outlined above, while Mr. Islam's conduct was serious, he has taken responsibility for his actions.  Prior to this matter, Mr. Islam was a law-abiding citizen who helped members of his local community as well as his community in his home country.  Mr. Islam was respected as a man of good character and has continued support from his family and friends, despite the charges against him.  Mr. Islam is now a convicted felon.    Under § 3553 (a)(3) the Court must look at the need to afford adequate deterrence to criminal conduct, and to protect the public from further crimes of the defendant.  Mr. Islam's conviction in itself is a specific deterrent.  A period of confinement is not necessary Mr. Islam's supports afford him a lower risk of recidivism.  Mr. Islam has expressed genuine remorse for his actions and he is not a threat to the public.

## CONCLUSION

Accordingly, for all the foregoing reasons, the Mr. Islam respectfully requests the Court to impose a term of supervised release with a fine within the guidelines.  Mr. Islam also has no objection the Government's suggestion of imposition of community service.  Such a sentence is reasonable in this case, and would be sufficient, but not greater than necessary, to achieve the

goals of sentencing.  Should the Court consider a period of confinement, Mr. Islam respectfully

requests to serve such period on home confinement so that he may continue to work.


Respectfully submitted:


**DATE:** 6/11/2025             **BY:** _/s/ Robert C. Keller_____
                                         **ROBERT C. KELLER, ESQUIRE**
                                         Attorney for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Action No. 25-57-3** |
| | : | |
| **MD Rafikul Islam** | : | |
| a/k/a "Mohammed Rafikul Islam" | : | |
| a/k/a "Jibon" | : | |

### CERTIFICATE OF SERVICE

I, **ROBERT C. KELLER, ESQUIRE**, attorney for Defendant, **MD RAFIKUL ISLAM**,

hereby certify that I have served a true and correct copy of within Sentencing Memorandum

upon the following:

*Via e-mail to:*

Mark B. Dubnoff, Esq.
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Mark.Dubnoff@usdoj.gov

Jerronaka D. Washington
U.S. Probation Officer
United States Probation Office
600 Arch Street, #2400
Philadelphia, PA 19106
Jerronaka_Washington@paep.uscourts.gov

**DATE:** 6/11/2025

**BY:** _/s/ Robert C. Keller_
         **ROBERT C. KELLER, ESQUIRE**
         Attorney for Defendant

# Exhibit A

**DEFENDANT'S EXHIBIT**
_A-1_

**Nicole Garrison**

| | |
|---|---|
| **From:** | jahin saqafi <jahinajayaxe@gmail.com> |
| **Sent:** | Friday, May 9, 2025 1:05 PM |
| **To:** | Robert Keller |
| **Cc:** | jahinjls@yahoo.com |
| **Subject:** | Reference Letter for My Dad Md Rafikul Islam |

To The Honorable Judge,

My name is Jahin Saqafi, and I am writing this letter on behalf of my father, who means the world to me. It is truly difficult to put into words what kind of person he is, but I hope I can offer some insight into the man I am proud to call my dad.

My father has always placed his family at the center of everything he does. No matter how busy or tired he was, he never missed a single one of my school events, sports games, or any occasion that involved me, even the smallest ones. His presence in my life has been constant, supportive, and full of love. I always knew that no matter what, my dad would be there. That kind of consistency is something I now realize is rare, and I am forever grateful for it.

Beyond just being present, he has taught me what it means to be selfless. My father always put our needs before his own. Whether it was working extra hours to provide for us or sacrificing his own comfort so we could have what we needed, he never once complained. His love was shown through actions, through responsibility, and through deep commitment to his family.

He is not just a great father but also my role model. I strive every day to be like him. Someone who is strong, dependable, and kind. I look up to him, and I hope to one day be the kind of man and father that he has been to me.

I understand that my father is facing a legal matter right now, but I ask you to please consider the man behind the case. He is someone who has always tried to do the right thing and raise me with love, honesty, and values. Please show him leniency, if possible, as he is a good man, and an even better father.

Thank you for taking the time to read my letter and for considering my perspective.

With deepest sincerity,

Jahin Saqafi

610-938-7967

38 Hurley Court

DEFENDANT'S
EXHIBIT
A-2

**Nicole Garrison**

| | |
|---|---|
| **From:** | Nashita <nashitanann@gmail.com> |
| **Sent:** | Friday, May 9, 2025 1:12 PM |
| **To:** | Robert Keller |
| **Cc:** | jahinjls@yahoo.com |
| **Subject:** | Reference Letter for Mr. Islam |

Your Honor,

My name is Nashita Anan Roja, and I am an international student from Bangladesh currently studying in the United States. I am writing this letter with deep sincerity to speak about the incredible kindness and generosity of Mr. Islam.

Our families have known each other for many years as my father and Mr. Islam were friends during their university days in Bangladesh. When I was accepted into a university in the United States, my entire family was filled with pride and excitement, but also with great concern. Coming to a new country alone, without knowing anyone, was a scary and overwhelming idea. I had to arrive a few days before my university housing was available, and we weren't sure what to do.

Without hesitation, my father reached out to his old friend, and Mr. Islam immediately said yes to welcoming me into his home. Even though I have now learned that his family was going through some financial struggles at the time, he never let that show. He took me in as if I were one of his own children. I never once felt like a guest but rather like I was part of his family. He and his family made sure I was comfortable, safe, and cared for during one of the most uncertain times in my life.

That gesture may seem small to some, but to me and my family, it meant everything. The peace of mind my parents felt back in Bangladesh, knowing I was in the care of someone they deeply respected and trusted, was priceless. And for me, being welcomed into such a warm and loving environment helped me start my new life in the U.S. with comfort and confidence. Even now, whenever I have a break from university, I know I always have a place to go. It truly feels like a second home to me, and that sense of belonging is something I will always cherish.

I understand that he is currently facing problems in court, but I hope the court will consider the kind of person he is. I will forever be grateful for what he did for me, and I respectfully ask that the court grant him leniency. He is a good man with a good heart, and this world is better with people like him in it.

Thank you for your time and consideration.

Respectfully,

Nashita Anan Roja

646-713-5906

DEFENDANT'S
EXHIBIT
A-3

**Nicole Garrison**

| | |
|---|---|
| **From:** | Nur Daizy <nurdaizy08@gmail.com> |
| **Sent:** | Wednesday, May 14, 2025 5:48 PM |
| **To:** | Robert Keller |
| **Cc:** | jahinjls@yahoo.com |
| **Subject:** | Reference letter for MD Rafikul Islam |

Your honorable judge Harvey Bartle III,

I am writing this letter in support of my husbend  friend, Md Rafikul Islam, whom I have had the privilege of knowing for approximately 15 years. Over the years, I have come to deeply respect and admire Md Rafikul Islam for his honesty, humility, and dedication to his family and community. He is a genuinely compassionate individual who has always sought to contribute positively to the lives of those around him. Especially in the last few years, this place has become the meeting place for our family. Every few weeks he and his wife will cook foods, call us  to get together. His door will always be open for us. If we want, we can always go to their house unannounced and they will welcome us.

While he deeply regrets the actions that have brought him to this situation, I know firsthand that his remorse is sincere. Md Rafikul Islam has expressed profound regret for his mistakes, acknowledging them with honesty and a commitment to taking responsibility. His character is defined not by a single error, but by the countless moments in which he has demonstrated kindness, integrity, and selflessness.

I truly believe that Md Rafikul Islam is a man of great potential and principle. Given the opportunity, I have no doubt that he will continue to contribute meaningfully to society and work diligently to rectify the past. I wholeheartedly support his efforts to move forward with dignity and purpose.

Thank you for taking the time to consider my words. I sincerely hope this letter offers a glimpse into the true character of my friend.
Please feel free to call or email me If you require any additional information.

Sincerely,

Nur Daizy
103 Normandy Road
Upper darby, PA-19082
Cell; 267 694 0083

1



**Nicole Garrison**

| | |
|---|---|
| **From:** | sariful islam <sariful1025@gmail.com> |
| **Sent:** | Wednesday, May 7, 2025 8:51 PM |
| **To:** | Robert Keller |
| **Cc:** | jahinjls@yahoo.com |
| **Subject:** | Reference letter for Mohammed Rafikul Islam |

Your honorable judge Harvey Bartle III,

I am writing this letter in support of my friend, Md Rafikul Islam, whom I have had the privilege of knowing since 2011, when I first arrived in the United States. From the moment we met, I discovered that his home in Bangladesh was in the same city as mine, and from that time onward, our bond grew into a close and meaningful relationship.

To me, Md Rafikul Islam has always been like an elder brother—someone I have leaned on for guidance and wisdom. Throughout the years, I have sought his advice on important life decisions, including purchasing a house and a car. His insights have always been thoughtful, practical, and given with sincerity. During my time living in Melbourne, I was fortunate to reside on the next street from him, which allowed me to spend many occasions at his home. He always welcomed me and my family warmly, and he always invited us in any celebration he has in his house.

He is a man of integrity—honest, humble, and deeply committed to those around him. While he now faces challenges, I know that his heart remains true, and his remorse for any mistakes is sincere. His character is built on kindness and loyalty, and I genuinely believe he has the potential to move forward in a meaningful way.

I hope this letter provides a reflection of the honorable person I have known for many years. If you require any additional information, please do not hesitate to reach out to me.

Sincerely
Mohammod Sariful Islam
137 S Keystone Ave
Upper Darby, PA-19082
Cell - 240-491-2585

DEFENDANT'S
EXHIBIT
A-5

**Nicole Garrison**

| | |
|---|---|
| **From:** | Md Hasan <bidduth145@gmail.com> |
| **Sent:** | Wednesday, May 7, 2025 2:16 PM |
| **To:** | Robert Keller |
| **Cc:** | jahinjls@yahoo.com |
| **Subject:** | Reference letter for Mohammed Rafikul Islam |

Your honorable judge Harvey Bartle III,

I am writing this letter in support of my friend, Md Rafikul Islam, whom I have known for many years. Our connection goes back to Bangladesh, where our homes were in the same city, and I have known him and his family since then. After moving to the United States, our bond grew even stronger when I rented the second floor of his home.

For 13 years, my wife, three children, and I lived in his home until we purchased our own. Throughout those years, I found Md Rafikul Islam to be an honest, easygoing, and kind-hearted individual. Despite the passing years and changing circumstances, he never raised our rent and never caused any issues. If there was ever a problem or a request on my part, he welcomed it with kindness and understanding, always ensuring that our family was comfortable.

Our children formed a special relationship with him and his family, visiting their home daily. In many ways, my children grew up in their house, surrounded by the warmth and care they received. The bond between our families was not just that of landlord and tenant but one built on genuine trust, respect, and kindness.

Md Rafikul Islam is a man of integrity, generosity, and humility. While he now faces challenges, I know his remorse is sincere, and he is committed to moving forward with honesty and responsibility. His actions over the years have demonstrated his character, and I firmly believe he will continue to uphold the values that define him.

I appreciate your time in considering this letter, and I hope it provides insight into the man I have known for many years. Please do not hesitate to contact me if you need any further information.

Sincerely,
Md Rakibul Hasan
424 Chestnut St
Upper Darby, PA-19082
Cell: 267-466-9163
Date: 05/07/2025

DEFENDANT'S
EXHIBIT
A-6

**Nicole Garrison**

| | |
|---|---|
| **From:** | md rashid <ronyusa2007@yahoo.com> |
| **Sent:** | Wednesday, May 7, 2025 5:58 PM |
| **To:** | Robert Keller |
| **Cc:** | jahinjls@yahoo.com |
| **Subject:** | Reference Letter for Mohammed Rafikul Islam |

Your honorable judge Harvey Bartle III,

I am writing this letter in support of my dear friend, Md Rafikul Islam, whom I have known for many years. We both come from the same city in Bangladesh. I knew him and his family long before coming to the United States, and I can attest to the fact that he comes from a well-respected and honorable background.

After I moved to the U.S., our close relationship continued, strengthening over time. Until I purchased my own home, I lived on the next street from his house, allowing us to frequently spend time together. I visited his home often, and he and his wife warmly welcomed me and my family into theirs as well. Their kindness and generosity extended to my children, whom they adored. My children also loved visiting their house, enjoying their warmth and affection. No occasion in their home ever passed without them inviting us, demonstrating their genuine hospitality and strong commitment to friends and loved ones.

Md Rafikul Islam is a humble and honest individual, always treating others with respect and sincerity. Despite the current challenges he faces, I know that he holds deep remorse for his mistakes and remains committed to moving forward with integrity. His character is built on kindness, familial love, and a deep sense of responsibility.

I sincerely hope this letter reflects the true nature of the man I have had the privilege of knowing. If you require any further information, please do not hesitate to reach out to me.

Sincerely,
Md Mamun or Rashid
7101 Llanfair Rd
Upper Darby, PA-19082
Cell: 646-713-1368
Date: 05-07-2025

Sent from Yahoo Mail for iPhone

1

DEFENDANT'S
EXHIBIT
A-7

**Nicole Garrison**

| | |
|---|---|
| **From:** | Laila Chowdhury <lailachowdhury1221@gmail.com> |
| **Sent:** | Tuesday, May 6, 2025 11:24 PM |
| **To:** | Robert Keller |
| **Cc:** | mohammed islam |
| **Subject:** | Reference letter for my husband Md Rafikul Islam |

**Your honorable judge Harvey Bartle III,**

To Whom It May Concern,

My name is Jiaunnahar Chowdhury, and I am writing this letter to provide a character reference for my husband, Md Rafikul Islam, with whom I have shared my life for the past 28 years. During this time, I have had the opportunity to witness firsthand the many outstanding qualities that define his character.

Md Rafikul Islam is a man of integrity, dedication, and compassion. He is an exceptionally hardworking individual who approaches every task with sincerity and persistence. Whether managing responsibilities at home, in his professional life, or within the community, he consistently demonstrates a strong work ethic and sense of accountability.

One of his most admirable qualities is his loyalty—to his family, friends, colleagues, and community. He has always been a supportive partner, a responsible father, and a trustworthy friend. His dependability and consistency have earned him the respect and trust of those around him.

In addition to his personal and professional commitments, Md Rafikul Islam has shown meaningful involvement in our local community. He believes in giving back and has contributed to several community events and initiatives, always willing to help others in need and promote goodwill.

He is the kind of person who brings steadiness to chaos and strength to hardship. His guidance, judgment, and unwavering moral compass are what we rely on every single day. I can say with complete sincerity: **I do not move forward without him**. His presence brings clarity, comfort, and direction to our lives.

In summary, Md Rafikul Islam is a man of great character. He is reliable, honest, and kind-hearted—someone who naturally inspires confidence and respect in others. I am proud to offer this reference and would be happy to provide further information if needed.

Sincerely,

--
**Jiaunnahar Chowdhury**
**38 Hurley Court.**
**Upper Darby,**
**PA-19082**
Email: lailachowchury1221@gmail.com

1

Cell: 610-203-2608

DEFENDANT'S EXHIBIT
A-8

Dear Honorable Judge,

My name is MD ZIHAD ALI, and I have been a resident of Upper Darby Borough since 2009. I am writing to you today with deep respect to share my strong support for MD RAFIKUL ISLAM, whom I have had the privilege of knowing since 2009 I came Upper Darby, PA from New York.

Over the years, I have witnessed firsthand Mr. ISLAM'S remarkable dedication to making life better for those around him. His actions have consistently demonstrated selfless service, strong leadership, and a genuine drive to create positive change within our community as well as for the country indeed.

Mr. ISLAM is truly an invaluable asset in our community no doubt. He possesses a unique ability to connect with people from all walks of life, understand their challenges, and then translate that understanding into meaningful action. The positive impact he has had on countless residents in and around Millbourne Borough is undeniable. Mr. ISLAM'S leadership, his unwavering commitment to inclusion, and his compassionate nature were consistently evident in the countless community activities I attended in Millbourne that he either spearheaded or helped to organize.

Therefore, I respectfully urge the court to give significant weight to Mr. ISLAM'S outstanding character, his long history of positive contributions to our community, and any progress he has made towards rehabilitation. These factors, in my opinion, strongly indicate his potential for redemption and successful reintegration into society.

Thank you for your thoughtful consideration of Mr. ISLAM'S case. I have great faith in your ability to render a just and wise decision. Please do not hesitate to contact me if further information would be helpful.

Sincerely

MD ZIHAD ALI
1600 Garrett Rd Apt D306
Upper Darby, PA 19082
PH: 718-971-4807

**DEFENDANT'S EXHIBIT A-9**

**Nicole Garrison**

| | |
|---|---|
| **From:** | Mohammed Islam <jahinjls@yahoo.com> |
| **Sent:** | Saturday, May 3, 2025 1:44 PM |
| **To:** | Robert Keller |
| **Subject:** | Fw: Reference Letter of Mr. Rafikul Islam Jibon |

Letter or email from my childhood friend

Thank you,
Mohammed Islam

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Abdus Salam Shoikat" <abdus.salamdw73@gmail.com>
**To:** "RKELLER@klwllp.com" <RKELLER@klwllp.com>
**Cc:** "jahinjls@yahoo.com" <jahinjls@yahoo.com>
**Sent:** Fri, Apr 11, 2025 at 1:31 PM
**Subject:** Reference Letter of Mr. Rafikul Islam Jibon
Dear Sir
Greetings from me!
I am Md. Abdus Salam. I have been working at an NGO named Wave Foundation, Bangladesh for 23 years as a Senior Coordinator. Basically I am a social development worker and also a cultural activist of Bangladesh. I am writing to provide a character reference for Mr. Rafikul Islam Jibon.

Mr. Rafikul Islam Jibon is my childhood friend. I have known him since our childhood. We grew up together. Since our school life, we have been involved in social development activities together. Even though he lives in America, he has borne the educational expenses of many poor boys and girls from his native village for university studies. He has sent significant donations to the local School, Madrasa, and Mosque. He has financially supported scholarships for the school students and has provided employment opportunities to the poor. There is no person in his own country who has not received help from him for education, healthcare or food. During the COVID-19 pandemic, he assisted people in various ways. He has always had good thoughts about the country and society. I wholeheartedly recommend Mr. Rafikul Islam Jibon as a person of outstanding character and a passionate advocate for the advancement of education. He has been honored as a social worker by various organizations in the area for his entrepreneurial vision, dedication and integrity. Mr. Rafikul Islam Jibon is known as an idol to the friends , family and others . He has never been seen to be politically affiliated with any organization or political party. It is our belief that it is absolutely impossible for him to do any bad deeds knowingly.

I confidently recommend Mr. Rafikul Islam Jibon as an individual of high moral character and dedication to the betterment of our society. I am certain that he will continue to contribute significantly to the field of society in the years to come.

For any further inquiries, please feel free to contact me.

**Sincerely and deeply humbled,**

**Abdus Salam**
Senior Coordinator
WAVE Foundation, Bangladesh
Mobile: 01748895482
Email: abdus.salamdw73@gmail.com





# ALAMDANGA NAGORIK COMMITTE
## (Alamdanga Civil Committee)
### Post: Alamdanga, District: Chuadanga, Bangladesh.

Date: 29 April 2025



## TO WHOM IT MAY CONCERN

I, the undersigned, do hereby solemnly, voluntarily, and truthfully declare as follows:

Mr. Rafikul Islam Jibon, son of Md. Saber Ali, residing at Bhangbaria, Hatboalia, Alamdanga, Chuadanga, Bangladesh, has been personally known to me for the past 30 (thirty) years.

Throughout this period, I have known Mr. Rafikul Islam Jibon to be a person of outstanding character, integrity, and moral conduct. He has consistently demonstrated honesty, kindness, and respect towards others, establishing a reputation for dependability and trustworthiness in both his personal and social life. His interactions with others are marked by courtesy, compassion, and strong ethical values.

Mr. Rafikul Islam Jibon has always acted in a peaceful and responsible manner within his community. He is respected and admired by those who know him for his dedication to maintaining harmony and goodwill.

To the best of my knowledge, at no point in time has Mr. Rafikul Islam Jibon ever been involved in any political activities or engaged in any acts of social violence.

Based on my personal knowledge, I confidently affirm that Mr. Rafikul Islam Jibon is a person of good moral character, and I am certain he will continue to uphold these values in all his future endeavors.

I make this declaration truthfully and in good faith, for whatever lawful purpose it may serve.

Sincerely,

(Kh. Habibul Karim)
Member Secretary
Member Secretary
Alamdanga Nagorik Committee

DEFENDANT'S
EXHIBIT
A-11

# Bhangbaria Polli Unnayan Jubak Somity

## Reg. No: Kushtia-83/90

Bhangbaria, Alamdanga, Chuadanga

Bangladesh

Mobile No : +8801719919654

**Date:** 29 April 2025

### TO WHOM IT MAY CONCERN

This is to certify that **Mr. Rafikul Islam Jibon**, son of Md. Saber Ali residing at Village: Bhangbaria, Post: Hatboalia, PS: Alamdanga, District: Chuadanga has been personally known to us for a significant period.

Mr. Jibon is a respected and responsible individual with a proven track record in **social work and community service**. He has been consistently engaged in humanitarian activities, focusing on community development, education, and welfare programs. His work reflects strong values of compassion, honesty, and integrity.

It is further certified that **Mr. Rafikul Islam Jibon has never been involved in any political activities or affiliations**. His commitment has remained solely towards non-political social service and the betterment of the community.

To the best of our knowledge and belief, there are no criminal or moral allegations against him. His character and conduct have been exemplary throughout his association with community-based initiatives.

**Md. Mozirul Islam**
President
Bhangbaria Polli Unnayan Jubak Somity
Alamdanga, Chuadanga
Bangladesh

**DEFENDANT'S EXHIBIT A-12**

**Nicole Garrison**

| | |
|---|---|
| **From:** | Tariq Aziz <azizdu143@gmail.com> |
| **Sent:** | Monday, May 5, 2025 5:35 PM |
| **To:** | Robert Keller |
| **Subject:** | Reference letter for Md Rafikul Islam |


Your honorable judge Harvey Bartle III,

I am writing this letter in support of my friend, Md Rafikul Islam, whom I have had the privilege of knowing for approximately 15 years. Over the years, I have come to deeply respect and admire Md Rafikul Islam for his honesty, humility, and dedication to his family and community. He is a genuinely compassionate individual who has always sought to contribute positively to the lives of those around him. Especially last few years, his place becomes the meeting place for our friends. Every few weeks he and his wife will cook foods, call us friends for get together. His door will be always open for us. If we want, we could always go their house unannounced and they will welcome us. We will usually chit chat for long, watch TV, have food

While he deeply regrets the actions that have brought him to this situation, I know firsthand that his remorse is sincere. Md Rafikul Islam has expressed profound regret for his mistakes, acknowledging them with honesty and a commitment to taking responsibility. His character is defined not by a single error, but by the countless moments in which he has demonstrated kindness, integrity, and selflessness.

I truly believe that Md Rafikul Islam is a man of great potential and principle. Given the opportunity, I have no doubt that he will continue to contribute meaningfully to society and work diligently to rectify the past. I wholeheartedly support his efforts to move forward with dignity and purpose.

Thank you for taking the time to consider my words. I sincerely hope this letter offers a glimpse into the true character of my friend. If you require any additional information, please do not hesitate to reach out to me.

Sincerely,

Tariq Aziz
205 Barrington Rd

Upper Darby, PA-19082
azizdu143@gmail.com
Cell: 610-504-7986

DEFENDANT'S
EXHIBIT
A-13

**Nicole Garrison**

| | |
|---|---|
| **From:** | Md Biplob <biplobmd1973@gmail.com> |
| **Sent:** | Wednesday, May 7, 2025 10:54 PM |
| **To:** | Robert Keller |
| **Cc:** | jahinjls@yahoo.com |
| **Subject:** | References letter for Mohammed Rafikul Islam |

Your honorable judge Harvey Bartle III,

To Whom It May Concern,

I am writing to offer my personal reference for my friend, Mohammed Rafikul Islam, with whom I have shared a close and trusted friendship for over 5 years. Throughout this time, I have known Mohammed to be a person of honesty, integrity, and strong moral character.

Over the past two and a half decades, I have had the opportunity to witness his behavior in a variety of settings— personal, social, and professional. At no point during our friendship have I ever seen or heard of Mohammed being involved in any illegal, unethical, or inappropriate activity. He have consistently demonstrated responsibility, respect for others, and a clear commitment to doing what is right.

Mohammed is a kind and reliable person who treats others with fairness and compassion. I have always known him to be thoughtful in decision-making, trustworthy with responsibilities, and committed to maintaining a high standard of conduct. He always play

with my children and other children too. He also loves them.

I have no hesitation in recommending Mohammed as someone of strong character, and I trust that he will continue to uphold these principles in every area of life.

Please feel free to contact me if you require further information.

Sincerely,

FNU MD BIPLOB

Cell: 3303892538

Email: biplobmd1973@gmail.com

Address:

34 Erna Court

Millbourne

PA 19082

**DEFENDANT'S EXHIBIT**

**A-14**

## Nicole Garrison

| | |
|---|---|
| **From:** | Abdus Salam Shoikat <abdus.salamdw73@gmail.com> |
| **Sent:** | Friday, April 11, 2025 1:31 PM |
| **To:** | Robert Keller |
| **Cc:** | jahinjls@yahoo.com |
| **Subject:** | Reference Letter of Mr. Rafikul Islam Jibon |

Dear Sir
Greetings from me!

I am Md. Abdus Salam.  I have been working at an NGO named Wave Foundation, Bangladesh for 23 years as a Senior Coordinator. Basically I am a social development worker and also a cultural activist of Bangladesh.  I am writing to provide a character reference for Mr. Rafikul Islam Jibon.

Mr. Rafikul Islam Jibon is my childhood friend. I have known him since our childhood. We grew up together. Since our school life, we have been involved in social development activities together. Even though he lives in America, he has borne the educational expenses of many poor boys and girls from his native village for university studies. He has sent significant donations to the local School, Madrasa, and Mosque. He has financially supported scholarships for the school students and has provided employment opportunities to the poor. There is no person in his own country who has not received help from him for education, healthcare or food. During the COVID-19 pandemic, he assisted people in various ways. He has always had good thoughts about the country and society. I wholeheartedly recommend Mr. Rafikul Islam Jibon as a person of outstanding character and a passionate advocate for the advancement of education. He has been honored as a social worker by various organizations in the area for his entrepreneurial vision, dedication and integrity. Mr. Rafikul Islam Jibon is known as an idol to the friends , family and others . He has never been seen to be politically affiliated with any organization or political party. It is our belief that it is absolutely impossible for him to do any bad deeds knowingly.

I confidently recommend Mr. Rafikul Islam Jibon as an individual of high moral character and dedication to the betterment of our society. I am certain that he will continue to contribute significantly to the field of society in the years to come.

For any further inquiries, please feel free to contact me.

Sincerely and deeply humbled,

Abdus Salam

Senior Coordinator

WAVE Foundation, Bangladesh

Mobile: 01748895482

Email: abdus.salamdw73@gmail.com <mailto:abdus.salamdw73@gmail.com>

# Hatboalia Higher Secondary School
## (School & College)

EIIN No. 115335      Establish: 1925      MPO Code: 6201081301
Inst. Head Mob: 01719916808

Post Office: Hatboalia, Upazila: Alamdanga, District: Chuadanga, Bangladesh

Ref. No.................                                     Date: 19 / 04 / 2025



DEFENDANT'S EXHIBIT
A-15

## To Whom It May Concern

I am Matiul Huda, Principal of Hatboalia Higher Secondary School (School & College) Chuadanga, Bangladesh. Mr. Rafikul Islam Jibon, son of Mr. Saber Ali, residing at Bhangbaria, Hatboalia, Alamdanga, Chuadanga, has been known to me for the past 40 years. We studied together in the same school and same university also. We were students of Rajshahi University of Bangladesh. I have a close relationship with him as a childhood friend. I have always seen him involved in good activities and he has consistently demonstrated qualities of honesty, kindness, and respect toward others. During this time, I have found him to be a person of exceptional character, integrity, and conduct.

Mr. Rafikul Islam Jibon is a person of excellent character, demonstrating qualities such as integrity, honesty, and a strong sense of responsibility. He always maintains high ethical standards in both professional and personal interactions and has built a reputation for being reliable, respectful, and passionate about empowering others through social activity. In my opinion, I have never seen him involved in any bad or harmful activities or any political activity.

So, I am unable to believe that the allegation brought against him is true. Therefore, I most respectfully beseech you, Sir, to kindly exonerate him from this accusation. Thank you very much for reading this letter.

If you need any further clarification, I would be pleased to provide it. Kindly do not hesitate to get in touch with me.

Sincerely-

19.04.2025

**Md. Matiul Huda**
Principal
Hatboalia Higher Secondary School
(School & College)
Chuadanga, Bangladesh.
Mobile: 01719916808