## CERTIFICATE OF SERVICE

I, **ROBERT C. KELLER, ESQUIRE**, counsel for the Defendant, **MD RAFIKUL ISLAM**, hereby certify that I served a true and correct copy of Defendant's Motion for Release Pending Appeal upon the following in the following manner:

Via ECF Filing and Email:

    Honorable Harvey Bartle, III
    James A. Byrne U.S. Courthouse
    601 Market Street, Room 16614
    Philadelphia, PA 19106
    nicole_spicer@paed.uscourts.gov

    Mark B. Dubnoff, AUSA
    U.S. Attorney's Office
    615 Chestnut Street, Suite 1250
    Philadelphia, PA 19106
    mark.dubnoff@usdoj.gov

    Jerronaka D. Washington
    U.S. Probation Officer
    600 Arch Street, Suite 2400
    Philadelphia, PA 19106
    Jerronaka_Washington@paep.uscourts.gov

Via Mail:

    Md Rafikul Islam
    38 Hurley Court
    Upper Darby, PA 19082

Date: 07/30/2025

                                                         **ROBERT C. KELLER, ESQUIRE**
                                                         **COUNSEL FOR DEFENDANT,**
                                                         **MD RAFIKUL ISLAM**